# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**ROBERT HERNANDEZ**

**July 2023 GRAND JURY**
**(Impaneled 07/28/2023)**

**INDICTMENT**

Violations:
Title 21, United States Code, Section 841(a)(1);
Title 18, United States Code, Section 2
(1 Count)

### COUNT 1

**(Possession of 400 Grams or More of Fentanyl and
100 Grams or More of Heroin with Intent to Distribute)**

**The Grand Jury Charges That:**

On or about April 28, 2023, in the Western District of New York, the defendant, **ROBERT HERNANDEZ**, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B), and Title 18, United States Code, Section 2.**

DATED: Buffalo, New York, October 4, 2023.

        TRINI E. ROSS
        United States Attorney

BY:   S/MICHAEL J. ADLER
       MICHAEL J. ADLER
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5857
       Michael.Adler@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON