EXHIBIT A

## New York State – Department of Motor Vehicles
### UNIFORM TRAFFIC TICKET

**ESMNGP45BV**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** ERIE COUNTY SHERIFFS OFFICE
**Local Police Code:** 23-033544

| Field | Value |
|---|---|
| Last Name (Defendant) | HERNANDEZ |
| First Name | ROBERT |
| M.I. | L |
| Number and Street | 976 LEGGETT AVE 2B |
| Apt. No. | |
| Photo Lic Shown | ● |
| City | BRONX |
| State | NY |
| Zip Code | 10455 |
| Owner Oper. | ○ |
| Lic. Class | D |
| Client ID Number | 798852806 |
| Sex | M |
| Date Expires | 04/04/2029 |
| Lic. State | NY |
| Date of Birth | 04/04/1978 |
| Veh. Type | 1 |
| Year | 2019 |
| Make | HOND |
| Color | BK |
| Plate Number | KST7167 |
| Reg. State | NY |
| Registration Expires | 12/20/2023 |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Field | Value |
|---|---|
| Time | 3:19 PM |
| Date of Offense | 04/28/2023 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section | 3752A |
| Tr Inf | ● |
| Misd | ○ |
| Felony | ○ |
| MPH | |
| MPH Zone | |
| Description of Violation | NO HEADLAMPS/INCLEMENT |
| US DOT# | |
| CDL Veh | ○ |
| Bus | ○ |
| Haz Mat | ○ |
| Place of Occurrence | I90 WESTBOUND |
| Hwy. No. | 90 |
| Loc. Code | 1556 |
| C/T/V Name | CLARENCE, TOWN OF - 1556 |
| County | ERIE |
| Hwy. Type | 1 |
| NCIC/ORI | 01400 |
| Date Affirmed | 04/28/2023 |
| Off Assign | |
| Arrest Type | 1 - PATROL |
| Badge/Shield | 0290 |
| Officer's Last Name | REEVES |
| First Name | J |

AFFIRMED UNDER PENALTY OF PERJURY
(Officer's Signature)

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

**CLARENCE TOWN COURT**
Address: 5 TOWN PLACE
City: CLARENCE   State: NY   Zip: 14031

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:
Date: 05/11/2023   Time: 6:00 PM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

### TO PLEAD BY MAIL
(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

### SECTION A – PLEA OF GUILTY

To the Court listed on the other side of this ticket:

I, _____ residing at _____ have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____   Signed: _____

### SECTION B – PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?
NO ○   SPEEDING (Gen 101) ○   GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)



ESMNGP45BV

| Summons Number | Erie County Sheriff's Office | Complaint Number |
|---|---|---|
| ESMNGP45BV | SUMMONS | - |

Date **4/28/2023 3:19:00 PM**       Type **Patrol**

### NAME INFORMATION

| Name | DOB | Sex | MID | Licence State |
|---|---|---|---|---|
| HERNANDEZ, ROBERT L | 4/4/1978 | Male | 798852806 | NY |

| Address | City | State | Zip Code | |
|---|---|---|---|---|
| 976 LEGGETT 2B AV | BRONX | NY | 10455 | |

### VEHICLE INFORMATION

| Plate No | State | Reg | Color | Year |
|---|---|---|---|---|
| KST7167 | NY | | Black | 2019 |

| Make | Model | Veh. Type | Vin |
|---|---|---|---|
| HONDA | | Passenger | |

### LOCATION INFORMATION

| Address | Mun | Cross Street |
|---|---|---|
| I90 WESTBOUND | CLARENCE | |

| Zone | Sub | Highway # | Highway Type | Agency |
|---|---|---|---|---|
| | | | Interstate | ECS |

### VIOLATION INFORMATION

| Law | Section | Sub Section | Class | Category | Degree | Description |
|---|---|---|---|---|---|---|
| VTL | 0375 | 02A | | I | 0 | EQUIP VIOL:NO HEAD LIGHTS |

| Speed | Zone | RD Officer |
|---|---|---|

| BAC | Type | Result | BT Officer |
|---|---|---|---|

| Officer 1 | Officer 2 |
|---|---|
| 290-REEVES | |

### COURT INFORMATION

| Date | Reason | Judge |
|---|---|---|
| 5/11/2023 6:00:00 PM | | |



# Erie County Sheriff's Office
## POLICE REPORT
### TRAFFIC ARREST

**Complaint:** 23-033544
**Report Date & Time:** 04/28/2023 16:21

## INCIDENT

| Field | Value |
|---|---|
| Address of Occurrence | TRANSIT RD @ I90 |
| District | TLN |
| Occ. Date & Time Between | 04/28/2023 15:15 / 04/28/2023 18:00 |
| Type of Premise | Street |
| Status | Investigation Pending |
| Follow Up By | Records |
| Supl | N |
| Officers | 290 - REEVES / S102 - SZKATULSKI |
| Rep. Off. | S102 - SZKATULSKI |
| Supervisor | C6 - GRANVILLE |

### Offender - 1

| Last Name | First Name | MI | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ | ROBERT | L | 04/04/1978 | White | M | 45 | N | N | PR |

Address: 976 LEGGETT AV Apt: 2B, BRONX, NY 10455

### Offender - 2

| Last Name | First Name | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | REINALDO | [redacted] | Unknown | M | 48 | N | N | PR |

Address: 2035 PULM ST, PHILADELPHIA, PA 19124

### Associated Person - 1

| Last Name | First Name | MI | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|
| TAVAREZ | PATRICIA | I | [redacted] | White | F | 38 | N | N | PR |

Address: 976 LEGGETT AV Apt: 2B, BRONX, NY 10455

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| VTL | 0375-2A1 | I | | 0 | EQUIPMENT VIOLATION- NO/ INADEQUATE LIGHTS | PR |

## VEHICLE(S)

| Owner | Year | Make | Model | Body Style | Color | Registration | State | VIN | Status | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| TAVAREZ PATRICIA I | 2019 | HONDA | ODYSSEY | VAN | BLACK | KST7167 | NY | 5FNRL6H94KB100322 | Impounded | PR |

## NARRATIVE

**POLICE REPORT** Date Entered: 05/04/2023 13:00  Typist: JOSEPH REEVES  Officer: S102-SZKATULSKI

On 04/28/2023 at approximately 1515 HRS, Deputies Szkatulski and Reeves observed a black Honda Odyssey bearing NY REG KST7167, traveling westbound on the I-90 in Clarence NY. The vehicle was being operated without two (2) lighted head lamps, while utilizing windshield wipers due to rain. Deputies conducted a traffic stop of the vehicle and made contact with two (2) male occupants. The driver was identified by NYSDLIC as Robert Hernandez. The passenger was identified by Pennsylvania ID, as Reinaldo Sanchez.

Due to the weather conditions and speed of traffic, Hernandez was asked to exit the vehicle to speak with Deputy Szkatulski roadside. Deputy Reeves spoke with Sanchez as he sat in the vehicle. Both occupants displayed rapid/shallow breathing, and gave conflicting stories of their travel plans/destination. At this time, Deputy Szkatulski deployed K9 Bo to conduct an exterior search of the vehicle (refer to CL 23-033551). Both Hernandez and Sanchez were detained at this time. The vehicle was transported back to 45 Elm St. for further investigation.

Officer: S102 - SZKATULSKI        Supervisor: C6 - GRANVILLE

Printed Date: 01/03/2024 11:27 AM

Page: 1

# Erie County Sheriff's Office
## Complaint Information



**Complaint#** 23-033544    **Date Received:** 04/28/2023    **Source:**

| | | |
|---|---|---|
| **Dispatch Code:** 3100 | **Description:** | **Call Type:** |
| **Street:** TRANSIT RD | | **Dispatch District:** |
| **Cross Street:** I 90 | | **Municipality:** |
| **Business:** | | **Call Back:** |

**Times:**
- Received:
- Dispatched:
- Arrived:
- Completed:

**Received By:** YUSUF, AFSHAR (930)    **Dispatcher:** YUSUF, AFSHAR (930)

**Report (follow up):**

**Officers:**    Name    Badge

**Disposition Codes:**

**Associated Persons:**

**Remarks:**

| Date/Time | Source | ID | Description |
|---|---|---|---|
| 04/28/2023 16:21:22 ECS | 930 | | Entry Initiated -23-033544 |
| 04/28/2023 16:21:43 ALL | 930 | | 90W EAST OF TRANSIT |
| 04/28/2023 16:21:56 ECS | 930 | | Sent to Dispatch - TRAFFIC STOP - I 90@ TRANSIT RD TLN () Pri: 3 - 23-033544 |
| 04/28/2023 16:22:40 ECS | 930 | | Officer Added - 290-REEVES, JOSEPH C |
| 04/28/2023 16:24:28 ECS | 930 | | Dispatched (Primary) - ECS: RA-R14 [SZKATULSKI, ERIC] -23-033544 |
| 04/28/2023 16:24:28 ECS | 930 | | Enroute - ECS: RA-R14 [SZKATULSKI, ERIC] -23-033544 |
| 04/28/2023 16:26:36 ALL | 290 | | TSTOP AT 1519 HRS |
| 04/28/2023 16:26:48 ALL | 290 | | K9 EXTERIOR AT 1535 |
| 04/28/2023 16:27:56 ALL | 290 | | ------DMV REGISTRATION DATA------ |

Plate: KST7167  Type: PAS
Status: VALID  Expiration: 2023-12-20
Style: X  Logo: EXCELSIOR  Legend: PASSENGER
Inspection ID: 1033199  Expiration: 2024-01-31

Vehicle: 2019;HONDA;ODYSSEY;LL;BLACK
Unladen Weight: 4480  Max Load Weight:
VIN: 5FNRL6H94KB100322

Insurance Co: GEICO GEN INS CO (639)  Policy #: 4631406354

Name: TAVAREZ, PATRICIA I  DOB: ▓▓▓▓  Sex: F
Address: 976 LEGGETT AVE 2B
BRONX, NY 10455

Printed Date: 1/3/2024 11:24:57 AM    Page # 1

```
                                                              Complaint # 23-033544
04/28/2023 16:28:42 ALL    290        ------DMV DRIVERS LICENSE DATA------------------

                                      ***Personal***
                                          Name: HERNANDEZ, ROBERT L   DOB: 1978-04-04  Sex: M
                                          Eye Color: BROWN  Height: 5'08"
                                          Mailing Address: 976 LEGGETT AVE 2B
                                                           BRONX, NY 10455
                                          Motorist ID: H0565844437932609780000  Client ID: 798852806
                                          Class: *D*  Status: VALID
                                          Expiration: 2029-04-04 2024-04-04 (NON-DRIVER ID)
                                          School Bus Driver Status (S19A): NOT APPLICABLE

                                      Suspensions/Revocations: total ( scoffs on  dates)
04/28/2023 16:44:10 ALL    290        ------DMV DRIVERS LICENSE DATA------------------

                                      ** NO NY LICENSE **

                                      ***Personal***
                                          Name: SANCHEZ, REINALDO   DOB: [REDACTED]  Sex: M
                                          Eye Color: UNKNOWN  Height: 0'00"
                                          Mailing Address: 2035 PLUM ST
                                                           PHILADELPHIA, PA 19124
                                          Motorist ID: S0148792466743106740000  Client ID: 267548519
                                          Class:    Status:
                                          Expiration:
                                          School Bus Driver Status (S19A): NOT APPLICABLE

                                      Suspensions/Revocations: total ( scoffs on  dates)
04/28/2023 17:09:58 ECS    930        Dispatched - ECS: 1S-10 [CAMPOS, JESUS] -23-033544
04/28/2023 17:09:58 ECS    930        Enroute - ECS: 1S-10 [CAMPOS, JESUS] -23-033544
04/28/2023 18:04:04 ECS    933        Disposition Added - Police Report
04/28/2023 18:15:47 ECS    933        Call Type Changed - NARCOTICS Pri: 3 -23-033544
04/28/2023 18:18:26 ECS    102        On Scene : RA-R14 [SZKATULSKI, ERIC]
04/28/2023 18:18:27 ECS    102        Cleared : RA-R14 [SZKATULSKI, ERIC]
04/28/2023 18:32:10 ECS    933        COMPLAINT MERGE: 23-033559 on 4/28/2023 6:32:10 PM
04/28/2023 18:32:10 ALL    914        23-033559 (04/28/2023 17:12:21): REQ FROM D22 TOW MINI VAN TO
                                      IMPOUND
04/28/2023 18:32:10 ECS    914        23-033559 (04/28/2023 17:12:52): Disposition Added - Log Only
04/28/2023 18:32:10 ALL    914        23-033559 (04/28/2023 17:13:24): VALID  Expiration: 12/20/2023   Plate
                                      Issued: 12/21/2021
                                      Plate: KST7167  Class: PAS - Passenger Plate (016)
                                      Style: X  Logo: EXCELSIOR  Legend: PASSENGER
                                      Vehicle: 2019; HONDA; ODYSSEY; SUBURBAN; BLACK
                                      Unladen Weight: 4480
                                      Vehicle ID: 5FNRL6H94KB100322
                                      Insurance Co.: GEICO GEN INS CO  Insurance Code: 639
                                      Name: TAVAREZ, PATRICIA I  Birth Date: [REDACTED]  Sex: F
                                      Address: 976 LEGGETT AVE 2B
                                      BRONX, New York 10455
04/28/2023 18:32:10 ECS    914        23-033559 (04/28/2023 17:14:44): Archived -23-033559
04/28/2023 18:32:10 ALL    914        23-033559 (04/28/2023 17:17:52): Entry Successful  04/28/2023 05:17
                                      PM
                                      WARNING:- THE IMPOUNDED VEHICLE ENTERED WILL BE PURGED
                                      IN 30 DAYS.

                                      Vehicle: 2019 American Honda Motor Co., Inc. Odyssey (minivan)
                                      Vehicle ID: 5FNRL6H94KB100322

Printed Date: 1/3/2024 11:24:57 AM                                              Page # 2
```

Complaint # 23-033544

License Plate: KST7167   State: New York   Type: Regular Passenger Automobile Plates   Expires: 2023

| Date/Time | User | Code | Action |
|---|---|---|---|
| 04/28/2023 18:32:10 | ECS | 933 | 23-033559 (04/28/2023 18:12:24): Reopened |
| 04/28/2023 18:33:32 | ECS | 933 | Disposition Deleted - Log Only |
| 04/28/2023 18:33:36 | ECS | 933 | Disposition Added - Towed Vehicle Report |
| 04/28/2023 18:33:41 | ECS | 933 | Disposition Added - Watch Commander |
| 04/28/2023 18:33:47 | ECS | 933 | Disposition Added - Narcotics Squad |
| 04/28/2023 18:33:57 | ECS | 933 | Archived -23-033544 |

**FD-395**
Revised
11-05-2002

**FEDERAL BUREAU OF INVESTIGATION**
## ADVICE OF RIGHTS

### LOCATION

Place: ECSO   Date: 4/28/23   Time: 5:23 pm

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: _____

### WITNESS

Witness: _____

Witness: _____

Time: _____

# Clarence Justice Court
## Five Town Place
## Clarence, NY 14031

Jonathan S. Hickey
Town Justice

Phone: (716)741-8948
Fax: (716)741-2976

May 24, 2023

Robert L. Hernandez
976 Leggett Ave 2B
Bronx, NY 10455

People of the State of New York versus:
Robert L. Hernandez
976 Leggett Ave 2B
Bronx, NY 10455

Case No: 23050047
DOB: 04/04/1978

| TicketNo. | Officer | Statute/Section | Charge Text |
|---|---|---|---|
| ESMNGP45BV | REEVES, J | VTL 0375 02A | VEH LIGHTS VIOL |

**Next Date:** 06/22/2023   **Time:** 05:00PM

Dear Sir or Madam:

Recently you were issued Traffic Ticket(s) for the above violation(s) and failed to mail in your plea of guilty or not-guilty. The matter has been rescheduled to the date and time listed above.

Failure to appear or mail in your plea will result in a license/registration suspension by the Department of Motor Vehicles.

IF YOU HAVE ALREADY SENT IN YOUR PLEA, OR WISH TO DO SO BY THE ABOVE DATE, PLEASE IGNORE THIS LETTER.

THIS IS YOUR FINAL NOTICE.

Hon. Jonathan S. Hickey
Town Justice