# EXHIBIT B

## AFFIDAVIT

State of New York

County of Erie, New York

Erie County Sheriff's Office

    I, Eric Szkatulski, depose and state that I am a Deputy Sheriff Employed by the Erie County Sheriff's Office Police Services Division and have been so employed since April of 2011.

    In the Spring of 2019 while assigned to the Erie County Sheriff's K-9 Unit was tasked with being the K-9 Handler and trainer of "Bo", a Belgian Malinois dual purpose narcotic detection K-9.

    K-9 Bo received training in the detection of the odors of Cocaine, Heroin and Methamphetamine. Bo was trained to give a passive indication, which is to sit when he detects such odors. Bo continues to receive a minimum of eight hours of monthly training in the detection of the above listed narcotic odors.

    Bo and I hold certification in New York State DCJS as a K-9 team certified to detect the odors of Cocaine, Heroin and Methamphetamine.

    On April 28th, 2023, at approximately 1535hrs, K9 Bo conducted a sniff on the exterior of New York registration KST7167, a black Honda Odyssey, which had been stop on the I-90 west bound just east of the Clarence/Transit exit. During the sniff K9 Bo was showing alert behavior on/under the rear bumper, Bo continued to sniff and indicate for the presence narcotic odor on the rear passenger side window.

Affirmed under penalty of perjury this 24th day of April 2023.

Deputy Eric Szkatulski Badge #102