# EXHIBIT F

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 06/10/2023 02:19PM
                                    NAME  : FOGG LAW
                                    FAX   : 7168526782
                                    TEL.  : 7168533644
                                    SER.# : U63479H3J190316
```

```
DATE,TIME            06/10 02:18PM
FAX NO./NAME         7167412976
DURATION             00:00:26
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

STATE OF NEW YORK : COUNTY OF ERIE
TOWN COURT        : TOWN OF CLARENCE

Hon. Jonathan S. Hickey, Justice

PEOPLE OF THE STATE OF NEW YORK

                                       Plaintiffs,    **NOTICE OF APPEARANCE**

Vs.

                                    Case No.: 23050047

ROBERT L. HERNANDEZ (DOB 4/4/1978)

                                 Defendant    DETAINED- FEDERAL

**PLEASE TAKE NOTICE,** that the undersigned has been retained by the family and friends of the Defendant to represent the Defendant in this action and hereby enter in the above proceeding the appearance of counsel or representative for the defendant.

**PLEASE TAKE NOTICE,** the undersigned enters a plea of not guilty on behalf of the defendant and respectfully requests a court date to be heard and <u>requests a facially sufficient supporting depositions from the arresting officer relative to each Vehicle and Traffic infraction charged</u>

**PLEASE TAKE FURTHER NOTICE,** that the undersigned respectfully requests that a copy of the complaint and all notices and other papers in this action be served upon us at our office address stated below.

| 1. COUNSEL OR REPRESENTATIVE | 2. DEFENDANT |
|---|---|
| Include name, address and telephone number of each | Include address and telephone numbers of all persons, partnerships, corporations, or associations |
| Robert Ross Fogg, Esq., LL.M.<br>69 Delaware Avenue, Suite 600 | ROBERT L. HERNANDEZ<br>NIAGARA COUNTY JAIL |