EXHIBIT A

## SEARCH WARRANT

Pursuant to Section 690.05 Et Seq. of the Criminal Procedure Law

Erie County Court
COUNTY OF ERIE, NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO: Any Police Officer Deputy Sheriff /Task Force Officer

Proof, by affidavit, having been this day made before me, by Deputy William Granville, Pursuant to Section 690.10 C.P.L. that certain property is unlawfully possessed, TO WIT: Heroin/Fentanyl and any other controlled substance, in violation of Article 220 of the New York State Penal Law.

YOU ARE THEREFORE, COMMANDED, within 10 days of the date of issuance of this WARRANT (during anytime of the day or night) to make an immediate search of the vehicle and person of:

New York Reg **KST 7167**, a **2019 Honda Odyssey**, bearing vin # FNRL6H94KB100322 color black registered to Patricia I Tavarez of 976 Leggett Ave Bronx, New York 10455

And the person of **Robert Hernandez (DOB: 4/4/1978)**, of 972 Leggett Avenue 2B, Bronx NY described as a Hispanic male, approximately 5'8" weighing approximately 150lbs, with brown hair, and brown eyes;

And any other person therein or thereat.

for the following: heroin/fentanyl and any other controlled substance, in violation of Article 220 of the New York State Penal Law, drug paraphernalia (to include scales/baggies), proceeds from illicit drug trafficking and for any personal papers or documents, cellular phones—photos and data therein, or house keys which tend to identify the owner, lessee or whomever has custody or control over the premises, or items seized, and records or evidence that tend to demonstrate that an offense or crime was committed or that a particular person participated in the commission of an offense or crime and seize said property forthwith.

YOU ARE, THEREFORE, FURTHER COMMANDED to enter said vehicle, without giving notice of authority and purpose pursuant to Section 690.35 of the Criminal Procedure Law, and if you find the same or any part thereof, to bring it forthwith before me at Erie County Court, Erie the County of Erie, New York.

Dated at the said County of Erie, New York
The day of April 28, 2023 at 4:23 pm

_____
Honorable Judge Debra Givens,
Erie County Court

# EXHIBIT B

SEARCH WARRANT APPLICATION ...Page 1

ERIE COUNTY COURT
COUNTY OF ERIE, NEW YORK

IN THE MATTER OF

The application of Deputy William Granville, Deputy Sheriff of Erie County, for a WARRANT authorizing the search of:

New York Reg **KST 7167, a 2019 Honda Odyssey**, bearing vin # 5FNRL6H94KB100322 color black registered to Patricia I Tavarez of 976 Leggett Ave Bronx 2b, New York 10455

And the person of **Robert Hernandez (DOB: 4/4/1978)**, of 972 Leggett Avenue 2B, Bronx NY described as a Hispanic male, approximately 5'8" weighing approximately 150lbs, with brown hair, and brown eyes;

And any other person therein or thereat.

for certain property, to wit: heroin/ fentanyl and any other controlled substance in violation of Article 220 of the New York State Penal Law, drug paraphernalia (to include scales/baggies), proceeds from illicit drug trafficking, and any personal papers or documents or cellular telephones- photographs and data therein, and house keys which would tend to identify the owner, lessee or whomever has custody or control over the premises or items seized, or deemed to be records or evidence that tends to demonstrate that an offense or crime was committed, or that a particular person participated in the commission of an offense or crime, which property is unlawfully possessed, or has been used, or is possessed for the purpose of being used to commit the commission of an offense, or constitutes evidence or tends to demonstrate that an offense was committed or that a particular person participated in the commission of an offense or crime.

**STATE OF NEW YORK: COUNTY OF ERIE: SS:**

William Granville, being duly sworn, deposes and says:

1. I am a Deputy of the Erie County Sheriff's Office assigned to the Narcotics and Intelligence Unit. I have been a police officer for approximately 10 years and during this time I have conducted numerous drug trafficking investigations.

2. a) Your affiant had received information from a reliable confidential source(s) that: **Robert Hernandez (DOB: 4/4/1978)** is actively selling and transporting quantities of heroin and fentanyl in the greater Erie County Area. The reliable confidential source supplied information to the affiant that Hernandez was travelling in the 2019 Honda Odyssey, from the New York City area, with a large quantity of heroin/Fentanyl, and transporting it back to the Erie County area for distribution. The confidential source(s) has observed Hernandez transport and distribute narcotics while inside the 2019 Honda Odyssey on numerous occasions. The confidential source (s) did positively identify an unmarked photograph of **Robert Hernandez (DOB: 4/4/1978)**.

On April 28, 2023 at approx. 1519 hours ECSO marked patrol units observed the 2019 Honda Odyssey bearing NY reg KST 7167 travelling in a westerly direction on

the New York State Thruway Interstate 90. ECSO marked units observed the operator of the vehicle commit NYS Vehicle and traffic violation, and a traffic stop was conducted. The vehicle operator was identified via NYS DLIC as **Robert Hernandez (DOB: 4/4/1978)**.

   b) A criminal history check reveals that **Robert Hernandez (DOB: 4/4/1978)** has 1 Violent Felony Conviction for a firearm as well as a felony conviction for Criminal Possession of a controlled Substance 3rd, and a Felony conviction for money laundering.

   c) Ny Reg KST 7167 is registered to Patricia I Tavarez of 976 Leggett Ave 2B, Bronx NY 10455.

      1) On April 28, 2023 at approx. 1530 hours ECSO marked patrol units observed the 2019 Honda Odyssey bearing NY reg KST 7167 travelling in a Westerly direction on the New York State Thruway Interstate 90. ECSO marked units observed the operator of the vehicle commit NYS Vehicle and traffic violations, and a traffic stop was conducted near mile marker 416.6. The vehicle operator was identified via NYS DLIC as **Robert Hernandez (DOB: 4/4/1978)**

      2) During the course of the traffic stop interview, several inconsistencies were discovered in the stories of the travel destination and arrival times between the operator and the passenger in the vehicle. ECSO Deputy Szkatulski deployed his Canine Partner BO, on the perimeter of the vehicle. The Canine BO positively indicated for the presence of narcotics inside the vehicle. A Canine affidavit will be attached to the application of this search warrant.

      3) It is requested that the identity of the cooperating source be kept secret because there is fear that disclosure of the cooperating source's identity would jeopardize the cooperating source's safety or usefulness at a later date.

   3. Based upon my past experience it is further requested that said vehicle be entered pursuant to CPL 690.35 without giving notice of authority and purpose, upon the grounds that (a) there is a reasonable cause to believe that the items sought to be seized, heroin/fentanyl and any other controlled substances, may be easily and quickly destroyed or disposed of if not seized forthwith; and (b) the giving of such notice may endanger the life or safety of the executing police officers.

   4. It is further requested the search be made executable pursuant to CPL 690.35 during anytime of the day or night.

   5. It is further requested that the search be made of any person thereat or therein based upon the following specific reasons:

      a) that the form and amount of controlled substances as packaged for street sale is quickly and easily concealable upon a person,

      b) that the cash proceeds from illicit drug trafficking can be and usually are held upon the person of, responsible for, or associated with such drug trafficking, and drug dealers use other persons to hold and transport their drugs and proceeds.

      c) that based upon my training and experience it is common for drug traffickers to carry concealed weapons, and they may use

such weapons against police officers to avoid apprehension, effect an escape or to protect their illicit drug supply and/or proceeds.

6. It is further requested that the issuing Judge allow the seizure of any personal papers, documents or vehicle keys which would tend to identify the owner, lessee or whomever has custody or control over the vehicle or items seized, or deemed to be records or evidence that tend to demonstrate that an offense or crime was committed, or that a particular person participated in the commission of an offense or crime, or any proceeds from the illicit drug trafficking.

Based upon the foregoing reliable information and of my personal knowledge as aforesaid, there is probable cause to believe that heroin/fentanyl and any other controlled substance in violation of Article 220 of the New York State Penal Law, drug paraphernalia (to include scales/baggies), proceeds from illicit drug trafficking, and any personal papers, cellular telephones, documents or vehicle keys which would tend to identify the owner, lessee or whomever has custody or control over the premises or items seized, or deemed to be records or evidence that tends to demonstrate that an offense or crime was committed, or that a particular person participated in the commission of an offense or crime, may be found at the above mentioned vehicle.

WHEREFORE, I respectfully request that the court issue a warrant and order of seizure in the form annexed authorizing the search of:

New York Reg **KST 7167**, a **2019 Honda Odyssey**, bearing vin # FNRL6H94KB100322 color black, registered to Patricia I Tavarez of 976 Leggett Ave Bronx, New York 10455

And the person of **Robert Hernandez** (DOB: 4/4/1978), of 972 Leggett Avenue 2B, Bronx NY described as a Hispanic male, approximately 5'8" weighing approximately 150lbs, with brown hair, and brown eyes;

And any other person therein or thereat.

during anytime of the day or night, without giving notice of my lawful purpose pursuant to CPL 690.35,

and directing that if such contraband or evidence, or any part thereof be found, that it be seized and brought before the court together with such other and further relief as the court may deem proper.

No previous application in this matter has been made in this or any other court, or to any other Judge, Justice or Magistrate.

_____
William Granville, Deputy
Erie County Sheriff's Office

Sworn to before me this 28th day of April, 2023

_____
Honorable Judge Debra Givens,
Erie County Court

EXHIBIT C