UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

ROBERT HERNANDEZ,

                Defendant.

**AFFIDAVIT**

23-CR-109

---

ROBERT HERNANDEZ, duly affirms and states the following under penalty of perjury:

1. I am the defendant in the above referenced matter.

2. I submit this affidavit in support of my request for the search warrant application for the search warrant(s) issued in this matter, including affidavit(s) and any documentation, transcript of testimony or additional information provided to the judicial authorities to obtain issuance of the warrant(s).

3. On or about 2:15 pm on April 28, 2023, I was stopped for an alleged traffic violation while driving on the I-90 in Clarence, NY. I was detained by law enforcement and my vehicle, a 2019 Honda Odyssey NYS Reg. KST 7167, VIN # FNRL6H94KB100322 was impounded.

4. On or about 4:25 pm on April 28, 2023, a search warrant was issued by the Hon. Debra Givens, Erie County Court, for a 2019 Honda Odyssey automobile, NYS Reg. KST 7167, VIN # FNRL6H94KB100322, which is registered to Patricia I. Tavarez.

5. Patricia I. Tavarez is my wife, and the Honda Odyssey is a family car that both my wife Patricia I. Tavarez and I drove on a regular basis.

6. Upon information and belief, this automobile was retained in the custody of law enforcement on April 28, 2023, and searched thereafter. I was in police custody at the time the search of this automobile was conducted.

7. I had a lawful right to privacy in my automobile at the time the automobile was searched.

8. As an owner and or regular operator of the car, I have standing to challenge the search of my automobile.

9. On or about April 27, 2023 at 10:01 pm, a "ping" warrant was signed by the Hon. Michael Roemer, US Magistrate Judge, WDNY for telephone number 718-908-9154.

10. Upon information and belief, a third search warrant was signed to enable search of four telephones, including 2 phones belonging to me. The phones associated with telephone number 718-908-9154 and another phone, with a phone number ending in 8086 belonged to me.

11. These phones were seized from me following the car stop on April 28, 2023. I had a lawful right to privacy in my telephones at the time the telephones were seized and subsequently searched by law enforcement.

12. Upon information and belief, numerous items were seized from my automobile and telephones that the government intends to use against me in the event that this matter proceeds to trial.

13. Upon information and belief, the search of my car and telephones were conducted in violation of my constitutional rights as the search warrants were improperly issued.

Dated: April 9, 2025

Robert Hernandez

2